# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 09 CR 669-17 |
| v. | Judge James B. Zagel |
| EDWARD SMITH. | |

## MEMORANDUM OPINION AND ORDER

Edward Smith seeks a sentence reduction. Although Amendment 782 did lower some guideline ranges, it did not affect Edward Smith's guideline range because of the large quantity of cocaine involved for which he stands guilty. I deny his motion for a sentence reduction.

ENTER:

*James B. Zagel*
James B. Zagel
United States District Judge

DATE: January 19, 2016